UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES GIUSTI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. DAVID EYSTER, et al.,<br><br>　　　　Respondents. | Case No. 22-cv-03426-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a detainee proceeding pro se, filed a habeas petition. Court mail that the clerk sent to petitioner at his last known address has been returned as undeliverable. Petitioner has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge